# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0216.  FRANKLIN L. WILLIAMS v. MARTIN H. EAVES et al.

In A13D0004, Franklin Williams sought to appeal the superior court's 2008 order permanently enjoining him from filing further pleadings or other documents related, directly or indirectly, to his 1997 conviction.  We dismissed the application as untimely, and we denied Franklin's subsequent motion for reconsideration.  Franklin has now filed three more discretionary applications, which we have consolidated into one, seeking to appeal the same 2008 order.  As was the case with A13D0004, this application is untimely.  A discretionary application must be filed within 30 days of the order to be appealed.  See OCGA § 5-6-35 (d); *Boyle v. State of Ga.*, 190 Ga. App. 734 (380 SE2d 57) (1989).  We lack jurisdiction to consider this untimely application, which is hereby DISMISSED.

We note that since 2004, Williams has filed seven direct appeals and discretionary applications in this Court related to civil actions he has filed in Ware County Superior Court against his former defense counsel.  In addition, Williams has attempted to file numerous applications that failed to comply with this Court's rules and therefore were returned to him.  It is obvious from the 2008 superior court order that the litigation below has ended and Williams has been barred from further filings in that court concerning his 1997 conviction.

Williams is hereby advised that the filing of further untimely and frivolous appeals and applications in this Court may result in the imposition of penalties pursuant to Court of Appeals Rule 15.  Furthermore, the Court orders and directs that the Clerk of this Court shall not docket or file any future proposed pleading from Williams until the Court has reviewed the proposed pleading and made a

determination that there is a justiciable issue to be decided by the Court. If we determine that there is no justiciable issue, we will order and direct the Clerk to return the proposed pleading to Williams without docketing or filing it.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* 02/14/2013
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*